NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDGAR REYNEL PAZ,                          )
                                           )
           Appellant,                      )
                                           )
v.                                         )        Case No. 2D17-3901
                                           )
STATE OF FLORIDA,                          )
                                           )
           Appellee.                       )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Susan B. Maulucci,
Judge.

PER CURIAM.

           Affirmed.  See § 775.082(3)(a)(3), Fla. Stat. (2000); Moore v. State, 882

So. 2d 977 (Fla. 2004); Robinson v. State, 37 So. 3d 921 (Fla. 2d DCA 2010); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005); Carpenter v. State, 884 So. 2d 385 (Fla. 2d

DCA 2004); Lane v. State, 981 So. 2d 596 (Fla. 1st DCA 2008); Williams v. State, 907

So. 2d 1224 (Fla. 5th DCA 2005).

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.